# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 26, 2013

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Larry C. Mayo, et al.
v. Board of Education of Prince George's County, et al.
Application No. 12A1243
(Your No. 11-1816, 11-2037)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to The Chief Justice, who on June 26, 2013 extended the time to and including September 6, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by

Andrew Downs
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Eric Schnapper
University of Washington
School of Law
P.O. Box 353020
Seattle, WA 98195


Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219