# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 11, 2013

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth
Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Larry C. Mayo, et al.
v. Board of Education of Prince George's County, et al.
No. 13-309
(Your No. 11-1816, 11-2037)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 6, 2013 and placed on the docket September 11, 2013 as No. 13-309.

Sincerely,

**Scott S. Harris**, Clerk

by

Andrew Downs
Case Analyst